PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 02 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| U.S.A. vs. | Rudolph Salvador Pyne | Docket No. | 2:12CR00024-002 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Rudolph Salvador Pyne who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 15th day of March 2012, under the following conditions:

**Special Condition**: No gang associations or activities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Rudolph Salvador Pyne is considered in violation of his pretrial supervision in the Eastern District of Washington by failing to return to his residence on June 29, 2012 and June 30, 2012.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/30/2012

by  s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

06-30-2012
Date

Rec'd 1:32 p.m., June 30, 2012
Signed 1:33 p.m. June 30, 2012.