UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUDOLPH SALVADOR PYNE,<br><br>    Defendant. | No. CR-12-024-2-JLQ<br><br>ORDER DENYING MOTION FOR RECONSIDERATION OF MOTION TO STAY |

The Defendant Pyne's Motion To Reconsider Order Denying Stay (ECF No. 111) filed on July 1, 2012 is DENIED.

The fact that one Division of the Washington State Court of Appeals is not bound by a decision of another Division does not terminate the role of *State v. Tyler*, 166 Wash. App. 202 (2012) and the Washington State Patrol Regulation Manual in the good faith determination of Trooper Herrington that upon impoundment of a vehicle she was required to inventory its contents and was not required to obtain the consent to the inventory of a non-owner, unlicensed, operator of the vehicle.

The Clerk shall enter this Order and furnish copies to counsel.

Dated July 2, 2012.

                      s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

.

ORDER - 1